MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK MO 42670
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Carol.S.Clark@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MARTHA M. GALICINAO,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-00013-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from July 6, 2018, to August 6, 2018. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time due to the demands of her current case assignments.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: July 6, 2018

*/s/ Jonathan O. Pena*
(*as authorized via telephone call on July 6, 2018)
JONATHAN O. PENA
Attorney for Plaintiff

Dated: July 6, 2018

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Carol S. Clark*
CAROL S. CLARK
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: July 10, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE